IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILMER NOE ARRAIZA-RAMOS,

      Petitioner,

v.                                     Civ. No.  2:26-cv-00861-KG-GJF

MARY DE ANDA-YBARRA, et al.,

      Respondents.

## <u>ORDER TO SUPPLEMENT THE RECORD</u>

Petitioner, appearing pro se, filed a petition for a writ of habeas corpus under 28 U.S.C.

§ 2241 on March 23, 2026.  Doc. 1.  Petitioner's and Respondents' briefing provide limited factual

detail concerning the circumstances of Petitioner's detention.  *See generally* Doc. 1, Doc. 7.  As a

result, the Court cannot determine whether relief is warranted.  Accordingly, the Court orders

Petitioner to file supplemental briefing within ten (10) business days of receiving this Order,

describing:

- How he entered the United States, including the date and place of entry;
- Whether he was admitted or given parole;
- Information about his ties to the community, such as any family members and his work history; and
- Any other facts about his entry or immigration status that may assist the Court.

Respondents may file a response within ten (10) business days of Petitioner's supplemental

filing.  The Court will mail a copy of this Order to the Otero County Processing Center, where

Petitioner is detained.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.